## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 15-MJ-300-01-02** |
| | : | |
| **KEVIN ADAMS, and** | : | **VIOLATIONS:** |
| **CRYSTAL SHAW,** | : | **21 U.S.C. § 841(a)(1) and** |
| | : | **§ 841(b)(1)(B)(iii)** |
| Defendants. | : | (Unlawful Possession with Intent to |
| | : | Distribute 28 Grams or More of Cocaine |
| | : | Base) |
| | : | **21 U.S.C. § 844(a)** |
| | : | (Simple Possession of a Controlled |
| | : | Substance) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about May 7, 2015, within the District of Columbia, **KEVIN ADAMS** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 28 grams or more.

(**Unlawful Possession with Intent to Distribute 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT TWO

On or about May 7, 2015, within the District of Columbia, **CRYSTAL SHAW** did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

Respectfully submitted,

VINCENT H. COHEN, JR.
Acting United States Attorney
D.C. Bar No. 471489

By: _____/s/_____
JAMILA HODGE
Assistant United States Attorney
D.C. Bar No. 477620
Violent Crimes and Narcotics Trafficking Section
555 4th Street, NW, Room 4209
Washington, D.C. 20530
(202) 252-6986
Jamila.Hodge@usdoj.gov